UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEAN H. SYTSMA,

        Plaintiff,

                                        Case No. 1:11-cv-226

v.

                                        HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 13).  The Report and Recommendation was duly served on the parties and no objections have been filed.

        NOW THEREFORE,  the Report and Recommendation is hereby adopted as the opinion of the Court.  Accordingly,

        **IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.


Date:  March 20, 2012                                    /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                     Chief United States District Judge