UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEAN H. SYTSMA,

       Plaintiff,

                                      Case No. 1:11-cv-226

v.

                                      HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant,
_____/

### **JUDGMENT**

Having issued an order affirming the decision of the Commissioner of Social Security, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  March 20, 2012                          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District